■ LINDA P. GOLDFARB, Respondent-Appellant, v STEPHEN GOLDFARB, Appellant-Respondent.—Motion for clarification of this Court's decision and order (173 AD2d 355) entered on